UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PABLO MELCHOR RODRIGUEZ,** | **Case No. 26–cv–04648–ESK** |
| **Petitioner,** | |
| **v.** | **OPINION AND ORDER** |
| **ACTING FIELD OFFICE DIRECTOR OF NEW JERSEY IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,** | |
| **Respondents.** | |

**THIS MATTER** is before the Court on *pro se* petitioner Pablo Melchor Rodriguez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition).   (ECF No. 1.)   Respondents oppose the Petition.   (ECF No. 5.)

1.    Petitioner is a citizen of Guatemala.   (ECF No. 1 ¶ 4.)   He entered the United States in April 2018.   (*Id*.)

2.    The Department of Homeland Security (Department) detained petitioner shortly after his entry.   (ECF No. 5 p. 1.)   A Notice and Order of Expedited Removal was issued on April 18, 2018.   (ECF No. 7–3 p. 2.)   He was released on an Order of Supervision on April 20, 2018.   (ECF No. 7–1 p. 3.)

3.    The Department revoked petitioner's supervised release and detained him on March 31, 2026.   (*Id.* p. 4.)

4.    Respondents assert that petitioner is properly detained pursuant to 8 U.S.C. § 1225(b)(1) because he "was apprehended at the border near a port of entry, found to be inadmissible under [8 U.S.C. §1182(a)(7)(A)], and did not express a fear of harm or persecution if returned to his home country.   He was thus issued an expedited order of removal and remains subject to mandatory detention under §1225(b)(1)."   (ECF No. 5 p. 2.)   A credible fear determination is pending.   (*Id*.)

5.    Petitioner was detained at the border and has pending credible fear proceedings. (*Id*.) Noncitizens "shall be detained pending a final determination of credible fear of persecution … ."   8 U.S.C. § 1225(b)(1)(B)(IV).

2

Accordingly,

**IT IS** on this    **18th** day of **May 2026    ORDERED** that:

1.    The Petition at ECF No. 1 is **DENIED**.

2.    Any restrictions imposed on petitioner's location by this Court are **LIFTED**.

3.    The Clerk shall send petitioner a copy of this Opinion and Order by regular mail and **CLOSE** this case.


　　　　　　　　　　　　　　　 */s/ Edward S. Kiel*　　　　　　　
　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**